```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
GARY JACQUES,                 :
                              :
          Petitioner,         :    Civ. No. 20-1559 (NLH)
                              :
     v.                       :    **MEMORANDUM OPINION & ORDER**
                              :
                              :
                              :
FCI FORT DIX, and             :
WARDEN DAVID ORTIZ,           :
                              :
          Respondents.        :
_____:
```

**APPEARANCES**:

Gary Jacques
64673-053
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640
    Petitioner pro se

WHEREAS, this matter having been opened to the Court by Petitioner Gary Jacques' filing of a motion for leave to proceed in forma pauperis in his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1-1; and

WHEREAS, it appears that pursuant to Rule 81.2(c) of the Local Rules of Civil Procedure that a petitioner whose prison account exceeds $200.00 is ineligible to proceed in forma pauperis; and

WHEREAS, Petitioner has $206.99 in his prison account, ECF No. 1-1 at 6, and

WHEREAS, the Clerk of the Court will be ordered to administratively terminate this action pending receipt of the filing fee,[1]

IT IS on this 21st day of February 2020,

ORDERED that Petitioner's in forma pauperis application, ECF No. 1-1, is DENIED; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case pending receipt of the $5.00 filing fee; and it is further

ORDERED that the Clerk of Court shall REOPEN this matter after receiving the filing fee from Petitioner; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner and mark this matter CLOSED.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

---

[1] Such an administrative termination is not a "dismissal" for purposes of the statute of limitations or a decision on the merits.